United States District Court
Southern District of Florida

Andre Juste 078-367-619

FILED by PG D.C.
NOV 0 1 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Plaintiff

V.

Case No 1/16-cv-23540-KMW

US Immigration Customs
Enforcement Division of
Immigration Health Services
                   Defendants

Dr. Bender
       Defendant

Health Care Corporation
US Immigration & Customs
Enforcement
             Defendant

ICE Health Services Corporation
IHSC
      Defendant

Krome Service Referral Center
Jones Wills, Health Administrator
        Defendant

Palmetto General Hospital
     Defendant

Dr. Ayesha Hussain
Palmetto General Hospital
    Defendant

Palmetto Mental Health Center
    Defendant

Dr. Jose Care Recovery Solutions
also known
Columbia Regional care center
    Defendant

Nancy Crawford
U.S. Immigration & Custom
Enforcement Medical center
    Defendant

On a About July 14, 2016 Defendants Wrongful Housing Prolonging Detition was out consent to the Defendants

Then Defendant Unlawfully Confinment and Isolated the Plaintiff Corporal Punishp ment under the Mental Health confirmed

Plaintiff did Suffering as Unlawful Mental Health Services without Booking No.

# Background

The Plaintiff is being sent by the Defendant to one another Defendants where as Both all Defendant did not have the Plaintiff Book No. or Inmate.

Defendants Dr. Bender, Under the Health Care Corporation ICE Krome Medical Referral Center Sent the Plaintiff to Palmetto General Hospital and Palmetto Mental Health Center without Inmate No., without Booking No or a Police Report Stated.

Then the Plaintiff was being over detained without Released the Plaintiff out Detention under the SATT, where the Plaintiff has been More than Fourteenth days under Medical Mental Health. Use.

The Plaintiff is Suffering under the Medical Mental Health without being Inmate having a No. or Booking No. was not where as the Plaintiff Detained which Under the Medical care of these Defendants held the Plaintiff under

# Legal Issue

The Plantiff is having not been Detaining properly under the all Defendants custody – Medical Health Care Services without a police or Booking No. and Inmate No.

Defendants being transporting to one another out prolonging Detention failed the release the Plaintiff under been Retention the Plaintiff – Using Device Medical to hurt me

Defendants all of the Defendants Corresponding to all one another Defendant Defendants [warrent] Retaliate against the Plaintiff was out criminal Record Report was not given

Then the Plaintiff was Keeping by the Defendant over and over, being transferred – transferring to each Defendant was Even having not committed any offense or violated any laws – by which was the Plaintiff was being without a Booking No.

The Plaintiff was being harassed by all Defendants, Sexual Abuse, Physical and Verbal,

## Legal Argument

The Defc. Defendants is violated the 8 U.S.C. 1226(a) Section 1226(b) under Section 236.1(c) and Section 236(c) of the INA

The all of Defendants both violated the the Aliens Rights Fifth (5th) Amendment of and the Fourteenth (14th) Amendment Equal Protection (and Equal Rights Amendment)

under 18 U.S.C. 249(a) Section 249(b)(1) Subsection (a) Title V and Title VII pursuant to 42 U.S.C. 2000ee- Discrimination was the plaintiff was being held under DHS Detention pursuant to Immigration custody

The Violation occurred under the Dodvy das V. Demore and False Medical Mental Health Services where the plaintiff was being kept without Booking No. and Inmate No. was unlawful Medical Mental Health Services.

Devenie of 8 U.S.C. 1252 N.121 of Towres V. New York City.

The Plaintiff was unproperly Detaining held by each individual Defendants by the Violation the Plaintiff Rights unlawful Criminal Restraint, Malicious, Hospitalized w/o Willfully Retention —

Than the Defendants of all Defendant Violated the Plaintiff Rights under §USC Section 1101 (a) (15) (u) and 1101 (a) (15) (T) and Section 1229(b) —

<u>Whereas</u> i.e. Where as the Plaintiff Seek that the Court Enter Judgment against the Defendant all above herein the complaint Requesting —

Conclusion

These Reasons Based upon under the above herein of the Complaint that Judgment Shall be Entered against all said individual Defendants together, as Request from the Court

[signature]

ANDre Jute 078362619
Columbia Regional care Center
7901 Farrow Road
Columbia, South Carolina
29203

United St
Southern
office of
400 N De
Miami F

Legal-Mail